# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:10-CV-686-LED |
| v. | § § | |
| **ALEREON, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## ORDER DISMISSING DEFENDANT SYNOPSYS, INC. WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant Synopsys, Inc. Accordingly, Defendant Synopsys, Inc. shall be, and is hereby, DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Defendant Synopsys, Inc. shall each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**So ORDERED and SIGNED this 22nd day of March, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**