**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:10-CV-686-LED |
| v. | § § | |
| **ALEREON, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG AUSTIN SEMICONDUCTOR, LLC WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation (collectively, "Plaintiffs") in the above-entitled and numbered civil action, dismiss Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Austin Semiconductor, LLC (collectively "Samsung") without prejudice. Samsung has not filed an answer or a motion for summary judgment.

Plaintiffs and Samsung each will bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Stephen E. Edwards
Texas Bar No. 00784008
see@emafirm.com
Debra Coleman
Texas Bar No. 24059595
drc@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
J. Wesley Hill
Texas Bar No. 24032294
wh@wsfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Danny L. Williams
Texas Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas Bar No. 01150025
mike@wmalaw.com
Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas Bar No. 24041802
mrodgers@wmalaw.com

2

        Michael A. Benefield
        Indiana Bar No. 24560-49
        mbenefield@wmalaw.com
        David Morehan
        Texas Bar No. 24065790
        dmorehan@wmalaw.com
        WILLIAMS, MORGAN & AMERSON, P.C.
        10333 Richmond, Suite 1100
        Houston, Texas 77042
        Telephone: (713) 934-7000
        Facsimile: (713) 934-7011

        *Counsel for Azure Networks, LLC and Tri-County Excelsior Foundation*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax on this 23rd day of March 2011.

                                              */s/ Eric M. Albritton*
                                              Eric M. Albritton