# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:10-CV-686-LED |
| v. | § § | |
| **ALEREON, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## ORDER DISMISSING DEFENDANT WIONICS TECHNOLOGIES, INC. WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant Alereon, Inc. Accordingly, Wionics Technologies, Inc. shall be, and is hereby, DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Wionics Technologies, Inc. shall each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**So ORDERED and SIGNED this 24th day of March, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**