IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:10-CV-686-LED |
| v. | § § | |
| **ALEREON, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

### ORDER DISMISSING DEFENDANTS WISAIR, LTD. AND WISAIR, INC. WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendants Wisair, Ltd. and Wisair, Inc.  Accordingly, Defendants Wisair, Ltd. and Wisair, Inc. shall be, and are hereby, DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Defendants Wisair, Ltd. and Wisair, Inc. shall each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**So ORDERED and SIGNED this 11th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**