IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:10-CV-686-LED |
| v. | § § | |
| **ALEREON, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

### ORDER DISMISSING DEFENDANT REALTEK SEMICONDUCTOR CORPORATION WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant Realtek Semiconductor Corporation ("Realtek"). Accordingly, Defendant Realtek shall be, and is hereby, DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Defendant Realtek shall each bear their own costs, expenses and legal fees.

This dismissal is of the last remaining defendant and closes this case.

**So ORDERED and SIGNED this 11th day of April, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**